JAMES E. HARPER
Nevada Bar No. 9822
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUSTIN KIM, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE CO., a foreign corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.:   2:23-cv-01967-JCM-VCF<br><br>**STIPULATION FOR REMAND TO STATE COURT** |

Plaintiff, DUSTIN KIM ("Plaintiff"), by and through his counsel of record, MAZZEO LAW, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE ("Defendant"),

/ / /

1

by and through its counsel of record, HARPER | SELIM, hereby stipulate and agree that the above-entitled matter be remanded to State Court.

DATED this 13th day of December 2023.

**MAZZEO LAW, LLC**

*/s/ Peter Mazzeo*

PETER MAZZEO
Nevada Bar No. 9387
631 South 10th Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED this 13th day of December 2023.

**HARPER | SELIM**

*/s/ James E. Harper*

JAMES E. HARPER
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED December 13, 2023.

_____
United States District Judge

2